387 A.2d 110

Commonwealth v. Snedeker, Appellant.

Argued
December 7, 1977. William R. Lee, with him Christopher T.
Powell, for appellant; Anthony J. Popeck, Assistant District
Attorney, with him Paul R. Mazzoni, District Attorney, for
Commonwealth, appellee.

Order affirmed.